1

2

3                          UNITED STATES DISTRICT COURT

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                                  OAKLAND DIVISION

6

7   DONALD D. PRIMUS,                          Case No:  C 06-6513 SBA

8            Plaintiff,                         **ORDER DISMISSING ACTION**

9        vs.

10  JO ANNE B. BARNETT, Commissioner of
    Social Security,

11
             Defendant.
12

13

14        The Court previously denied Plaintiff's request to proceed in forma pauperis (IFP).  The

15  Court ordered Plaintiff to file an amended IFP application or pay the requisite filing fee within

16  thirty days of the Court's Order, which he failed to do.  The Court warned Plaintiff that the

17  failure to comply with either of these requirements would result in the dismissal of the action.

18        A district court may sua sponte dismiss an action for failure to prosecute or to comply

19  with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See Link v. Wabash

20  R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991).  The

21  court should consider five factors before dismissing an action under Rule 41(b): (1) the public

22  interest in the expeditious resolution of the litigation: (2) the court's need to manage its docket;

23  (3) the risk of prejudice to the defendants; (4) the availability of less drastic sanctions; and

24  (5) the public policy favoring the disposition of actions on their merits.  Ghazali v. Moran, 46

25  F.3d 52, 53 (9th Cir. 1995).

26        The first three factors cited above weigh in favor of dismissal in light of the fact that

27  Plaintiff has not pursued this matter by submitting an amended IFP application or paying the

28  filing fee, as directed by this Court.  The fourth factor also weighs in favor of dismissal because

1  less drastic sanctions would have little impact in light of the Court's prior warning that the

2  failure to comply with its Order would result in the dismissal of the action.  Although the fifth

3  factor appears to weigh against dismissal, dismissal is appropriate in light of the other four

4  factors.  See Pagtalunan v. Galaza, 291 F.3d 639, 643 (9th Cir. 2002) (finding district court did

5  not abuse its discretion in dismissing petition with prejudice where three of the five factors

6  weighed in favor of dismissal).  In light of the foregoing,

7         IT IS HEREBY ORDERED THAT this action is hereby DISMISSED for failure to

8  prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of the Court shall

9  close the file and terminate any pending matters.

10         IT IS SO ORDERED.

11  Dated: March 16, 2010                         _____
                                                SAUNDRA BROWN ARMSTRONG
12                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3

    DONALD D. PRIMUS,
4
                    Plaintiff,
5
        v.
6
    JOANNE BARNHART et al,
7
                    Defendant.
8   _____/

9
                                                    Case Number: CV06-06513 SBA
10
                                                    **CERTIFICATE OF SERVICE**
11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
13
    That on March 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
    said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17
    Donald D. Primus
18  2001 Eastwood Dr.
    #13
19  Vacaville, CA 95687-6175

20  Dated: March 17, 2010
                                            Richard W. Wieking, Clerk
21                                             By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28