UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street, Suite 400 South
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD D. PRIMUS

          Plaintiff(s),
          (Petitioner)

-V-

JOANNE BARNHART

          Defendant(s),
          (Respondent)

Civil No. CV 06-06513 SBA

ORDER RE APPEAL IN
   FORMA PAUPERIS

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby    DENIED

IT IS SO ORDERED.

DATED: 6/2/10

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONALD D. PRIMUS,

        Plaintiff,

  v.

JOANNE BARNHART et al,

        Defendant.

Case Number: CV06-06513 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald D. Primus
2001 Eastwood Dr.
#13
Vacaville, CA 95687-6175

Dated: June 3, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk